UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  5:25-cv-01865-SVW-PD                             Date: November 4, 2025

Title     *Naji Sirhan Abdullah v. Department of Homeland Security,*

Present: The Honorable:     Patricia Donahue, U.S. Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   **Order Extending Petitioner's Deadline to Respond to the Court's Order to Show Cause to November 21, 2025**

On September 25, 2025, the Court issued an Order to Show Cause Why Petitioner's 28 U.S.C. § 2241 Petition should not be dismissed ("OSC"). Dkt. No. 5. The Court screened the Petition and determined that it was subject to dismissal on the grounds that it failed to state any facts in support of the grounds for relief. Petitioner merely listed the Fourth, Fifth, and Sixth Amendments as grounds for relief without alleging any supporting facts. *Id*. at 2. The OSC stated that Petitioner could discharge the OSC by either filing a written response explaining why the Petition should not be dismissed or file a First Amended Petition that is completely filled out, that includes information responsive to all of the questions listed on the habeas form and provides facts in support of each of his grounds for relief by no later than October 15, 2025**.** *Id*. at 2-3. That deadline has passed. Petitioner has not filed a First Amended Petition or a response explaining why the Petition should not be dismissed.

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a petitioner "fails to prosecute or to comply with these rules or a court order." Accordingly, the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:25-cv-01865-SVW-PD                                    Date: November 4, 2025

Title      *Naji Sirhan Abdullah v. Department of Homeland Security,*

Court could properly recommend dismissal of the action for Petitioner's failure to timely comply with the Court's September 25, 2025 OSC.

In the interests of justice, Petitioner is granted an extension of the deadline. Petitioner is ORDERED TO SHOW CAUSE on or before **November 21, 2025**, why the Court should not recommend that this action be dismissed for failure to prosecute and for failure to state cognizable habeas claims.

To discharge and satisfy this order, Petitioner can either:

1. File a written response explaining why the Petition should not be dismissed. or

2. File a First Amended Petition that is completely filled out. Petitioner should include information responsive to all of the questions listed on the habeas form and provide facts in support of each of his grounds for relief.

**Failure to file a timely response to this Order as directed above by November 21, 2025, will result in a recommendation to the District Judge that this case be dismissed for failure to prosecute and obey Court orders pursuant to Federal Rules of Civil Procedure 41(b).**

The Deputy Court Clerk is directed to send Petitioner a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 form.

IT IS SO ORDERED.

Attachments:

CV-27 form--Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241