JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

NAJI SIRHAN ABDULLAH,

                Petitioner,

     v.

DEPARTMENT OF HOMELAND
SECURITY, et al.,

                Respondents.

Case No. 5:25-cv-01865-SVW-PD

**JUDGMENT**

Pursuant to the Order Dismissing First Amended Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the First Amended Petition is dismissed without prejudice as moot.

DATED:  January 23, 2026

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE